United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOE WALKER,

        Plaintiff,

   v.

UNITED STATES OF AMERICA,

        Defendant.

Case No. 25-cv-09841-LJC

**CASE MANAGEMENT SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Further joint case management statement: | September 3, 2026 |
| Further case management conference: | September 10, 2026, 1:30PM |
| Fact discovery cut-off: | October 2, 2026 |
| Opening expert reports and disclosures: | October 16, 2026 |
| Rebuttal expert reports and disclosures: | November 13, 2026 |
| Expert discovery cut-off: | December 18, 2026 |
| Deadline to conduct private ADR: | January 15, 2027 |
| Last day to file dispositive motions and *Daubert* motions: | February 2, 2027 |
| Last day to hear dispositive motions and *Daubert* motions: | March 2, 2027 |
| Pretrial conference:[1] | May 7, 2027, 1:30PM |

//

---

[1] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.

Bench trial:                                                       May 17, 2027

(5 days)

**IT IS SO ORDERED.**

Dated: February 12, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

2