CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division
450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102-3463

BRETT A. SHUMATE
Assistant Attorney General
ERIC KAUFMAN-COHEN, Attorney in Charge (CABN 171064)
FRANK J. ANDERS, Trial Attorney (CABN 227208)
U.S. Department of Justice
Civil Division, Torts Branch, West Coast Office
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6630; Facsimile: (415) 436-6632
E-mail: eric.kaufman-cohen@usdoj.gov; franklin.j.anders@usdoj.gov

Attorneys for Defendant
United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOE WALKER,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 3:25-cv-09841-LJC<br><br>In Admiralty<br><br>**STIPULATED MOTION FOR AMENDED SCHEDULING ORDER**<br><br>Fed. R. Civ. P. 16; Civil L.R. 16-2(d); Civil L.R. 7-12 |

Plaintiff Joe Walker and defendant United States, without waiving their defenses, including jurisdictional ones, by and through the undersigned consents of their counsel of record, agree to and request the Court continue the dates contained in the Case Management Order dated February 12, 2026 (ECF No. 17) and issue an Amended Scheduling Order. Good cause exists for this continuance of dates under Fed.R.Civ.P. 16(b)(4). *See Zivkovic v. Southern California Edison Co*., 302 F.3d 1080, 1087 (9th Cir. 2002) (citing *Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604, 607 (9th Cir. 1992).

The Court is already generally familiar with the facts at issue in this case. The parties have conducted written discovery and had scheduled Plaintiff's deposition, first on July 30, 2026 (which needed to be rescheduled due to a conflict in Plaintiff's counsel's schedule) and then on September 14, 2026. Pursuant to Fed. R. Civ. P. 35, Plaintiff underwent a medical examination with Victor Prieto, M.D. on June 11, 2026 and a vocational rehabilitation evaluation with Maria Brady on June 26, 2026. Plaintiff's counsel has informed the Court that she intends to file a motion to withdraw as Plaintiff's attorney in this case, and on September 10, 2026, the Court ordered Plaintiff's deposition taken off calendar. (ECF No. 19.) The fact discovery cutoff is October 2, 2026, and the parties will not be able to complete Plaintiff's deposition prior to the fact discovery cutoff.

For the above reasons, good faith exists for a continuance of dates to provide additional time for the parties to complete discovery. The parties jointly propose the following amended dates and respectfully request the Court issue an Order for these dates:

| | |
|---|---|
| Further joint case management statement: | October 22, 2026 |
| Further case management conference: | October 29, 2026, 1:30PM |
| Fact discovery cut-off: | December 18, 2026 |
| Opening expert reports and disclosures: | January 8, 2027 |
| Rebuttal expert reports and disclosures: | January 29, 2027 |
| Expert discovery cut-off: | February 19, 2027 |
| Last day to file dispositive motions and Daubert motions: | March 9, 2027 |
| Last day to hear dispositive motions and Daubert motions: | April 6, 2027 |
| Pretrial conference: | June 4, 2027, 1:30PM |
| Bench Trial: | June 14, 2027 (5 days) |

Dated: September 28, 2026.

Respectfully submitted,

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division
450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102-3463

BRETT A. SHUMATE
Assistant Attorney General

ERIC KAUFMAN-COHEN
Attorney in Charge

/s/ Frank J. Anders
FRANK J. ANDERS
Trial Attorney
U.S. Department of Justice, Civil Division,
Torts Branch, West Coast Office
450 Golden Gate Avenue, Room 75395
P.O. Box 36028
San Francisco, California 94102-3463

Attorneys for Defendant
United States of America

Dated: September 28, 2026.

LAW OFFICES OF CAVIN MARKS

*s/ Lia Marks*
Lyle C. Cavin, Jr.
Lia Marks
Attorneys for Plaintiff
Joe Walker

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 6, 2026

LISA J. CISNEROS
United States Magistrate Judge